**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gregory O'Neal FRANKLIN,**
**Defendant–Appellant.**

**No. 05–31000**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 14, 2006.

James Stanley Lemelle, Assistant U.S. Attorney, Richard Lewis Bourgeois, Jr., U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Gregory O'Neal Franklin, Oklahoma City, OK, pro se.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gregory O'Neal Franklin has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Franklin has not filed a response to the motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.